**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6865

THOMAS D. ALEXANDER,

  Plaintiff - Appellant,

  v.

TODD ISHEE, Secretary of North Carolina Department of Adult Corrections; TERESA R. O'BRIEN, Director of Combined Records; DARREN JACKSON, Chairman of the North Carolina Post-Release and Parole Commission,

  Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:23-ct-03258-BO)

Submitted:  November 19, 2024                    Decided:  November 22, 2024

Before QUATTLEBAUM, RUSHING, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thomas D. Alexander, Appellant Pro Se.  Sonny Sade Haynes, WOMBLE BOND DICKINSON (US) LLP, Winston-Salem, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas D. Alexander appeals the district court's order denying his motion for a preliminary injunction.  We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order.  *Alexander v. Ishee*, No. 5:23-ct-03258-BO (E.D.N.C. Aug. 21, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*